## Bob HOLLEY v. STATE.
### No. 14188.

Court of Criminal Appeals of Texas.

March 4, 1931.

Owsley & Owsley, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is robbery with firearms; the punishment, confinement in the penitentiary for twenty-five years.

The testimony is substantially the same as that brought forward in the case of Sam Reed v. State, 36 S.W.(2d) 730, this day delivered. The questions presented in the companion case of Reed v. State are also found in the present case.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., not sitting.

## Bud INGRAM v. STATE.
### No. 14351.

Court of Criminal Appeals of Texas.

April 1, 1931.

Ed Westbrook, of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft of hogs is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Joe McDANIEL v. STATE.
### No. 14348.

Court of Criminal Appeals of Texas.

April 1, 1931.

R. R. Donaghey, of Vernon, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for forgery; penalty assessed at confinement in the penitentiary for two years.

The appellant has filed his written motion, duly verified by his affidavit, requesting that his appeal be dismissed.

The request is granted, and the appeal ordered dismissed.

## Benigno MARTINEZ v. STATE.
### No. 14260.

Court of Criminal Appeals of Texas.

March 4, 1931.

Crane & Hartwell, of Raymondville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for the transportation of intoxicating liquor; the punishment being three years in the penitentiary.

Appellant has filed his affidavit in this court advising that he does not further desire to prosecute his appeal, and, at his request, the appeal is ordered dismissed.

## Jose DE PEÑA v. STATE.
### No. 14291.

Court of Criminal Appeals of Texas.

March 11, 1931.

See, also, 25 S.W.(2d) 1106.

M. V. Ward and Chas. Owen, both of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty assessed at confinement in the penitentiary for life.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.